## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES of the ROCKFORD PIPE TRADES INDUSTRY PENSION FUND; | |
| BOARD OF TRUSTEES of the PLUMBERS & PIPEFITTERS, LOCAL 23, U.A. HEALTH & WELFARE FUND; | NO.: 07CV1535 |
| BOARD OF TRUSTEES of the PLUMBERS & PIPEFITTERS, LOCAL 23, U.A. JOURNEYMAN AND APPRENTICE TRAINING FUND; | JUDGE: KAPALA |
| PLUMBERS & PIPEFITTERS, LOCAL 23, U.A.; and PIPING INDUSTRY COUNCIL OF THE ROCKFORD AREA; | MAGISTRATE JUDGE: MAHONEY |
| Plaintiffs, | |
| vs. | |
| SUPERIOR PLUMBING & PIPING, INC., an Illinois Corporation, | |
| Defendant. | |

**MOTION FOR ENTRY OF FINAL JUDGMENT**

Now come Plaintiffs, the BOARD OF TRUSTEES of the ROCKFORD PIPE TRADES INDUSTRY PENSION FUND *et al.,* by and through their attorneys, JOHNSON & KROL, LLC, and moves this Honorable Court for entry of Final Judgment against Defendant SUPERIOR PLUMBING & PIPING, INC. (hereinafter referred to as "SUPERIOR") and in support of their Motion state as follows:

1. Plaintiffs filed their Initial Complaint against Defendant SUPERIOR on March 19, 2007 to recover unpaid liquidated damages and interest charges that resulted from SUPERIOR'S failure to submit timely Contribution Reports and contributions to the Trust Funds. (Docket # 1).

1

2. On February 8, 2008, Magistrate Judge Mahoney granted the Plaintiffs' Motion to Compel a payroll audit of Defendant SUPERIOR in order to determine the full extent of Plaintiffs' damages. (Docket # 30).

3. Judge Kapala granted the Plaintiffs' Motion for Default and entered a Default against Defendant SUPERIOR on February 11, 2008, and further directed the Plaintiffs to set a prove-up of damages before Magistrate Judge Mahoney. (Docket # 32). A prove up hearing is scheduled for June 25, 2008 before Magistrate Judge Mahoney.

3. A payroll audit was conducted by Combined Crafts Statewide Audit Program on or about May 1, 2008, which covered the period of period of November 1, 2005 through December 31, 2007. (A copy of the Audit Report is attached as Exhibit 1).

4. Pursuant to the Audit Report, Defendant SUPERIOR owes the Plaintiffs $70,479.82 in unpaid contribution deficiencies, $3,524.06 in unpaid liquidated damages, and $1,982.86 in unpaid interest charges. (Affidavit of Auditor is attached as Exhibit 2).

5. In addition to the amounts revealed in the payroll audit, Defendant SUPERIOR owes the Plaintiffs an additional $11,402.60 in unpaid liquidated damages, and $4,666.67 in unpaid interest charges that accrued during the period between August, 2005 and December 31, 2007, due to its repeated failure to submit timely Contribution Reports and payments to the Trust Funds. (Affidavit of Administrative Manager is attached as Exhibit 3).

6. Defendant SUPERIOR further owes the Plaintiffs $23,992.14 in reasonable attorney's fees and costs that the Trust Funds have incurred throughout the pendency of this matter. (Affidavit of Attorney Joseph Mallon is attached as Exhibit 4).

7. The total amount due and owing to the Plaintiffs from Defendant SUPERIOR is $116,048.15. (Exhibit 2, Exhibit 3, and Exhibit 4).

8. Plaintiffs respectfully request this Honorable Court enter a Final Judgment in favor of the Plaintiffs and against Defendant SUPERIOR for all unpaid contributions, liquidated damages, interest charges and reasonable attorney's fees and costs in the amount of $116,048.15.

9. A proposed Judgment Order is attached as Exhibit 5.

WHEREFORE, Plaintiffs pray that this Honorable Court issue a Report and Recommendation for entry of a Final Judgment in favor of Plaintiffs and against Defendant SUPERIOR in the amount of $116,048.15.

          Respectfully submitted,

          JOHNSON & KROL, LLC

By:   /s/ Joseph E. Mallon - 6290529
      One of Plaintiffs' Attorneys

Johnson & Krol, LLC
208 South LaSalle Street, Suite 1602
Chicago, Illinois 60604
(312) 372-8587